IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

AMY M. SIMMONS                                              PLAINTIFF


        v.                          CIVIL NO. 21-2028


KILOLO KIJAKAZI,[1]  Acting Commissioner
Social Security Administration                             DEFENDANT

## J U D G M E N T

 For reasons stated in the memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

 IT IS SO ORDERED AND ADJUDGED this 28th day of March 2022.

/s/     *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi, has been appointed to serve as Acting Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.